# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00002-CV

**Big Lift Trucks of Texas, Inc., Appellant**

**v.**

**The Comptroller of Public Accounts of The State of Texas and
The Attorney General of The State of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-14-003809, HONORABLE GARY HARGER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Big Lift Trucks, Inc. has informed this Court that it no longer wishes to pursue this appeal and has filed a motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellees The Comptroller of Public Accounts of The State of Texas and The Attorney General of The State of Texas, who do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: March 6, 2015